

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Daniel W Booth; Devonae Servance-Booth; Parrish Servance; Shirley
                         Servance and all other Occupants v. Kondaur Capital Corporation, as
                         Separate Trustee of Matawin Ventures Trust Series 2014-3

Appellate case number:   01-16-00188-CV

Trial court case number:  16-CCV-056463

Trial court:             County Court at Law No. 1 of Fort Bend County

        It is ORDERED that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley                                
                        Acting for the Court

Panel consists of Justices Keyes, Higley, and Lloyd.

Date:  February 28, 2017